UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FORREST MCCONNELL | CIVIL ACTION |
| VERSUS | NO. 23-569-SDD-RLB |
| GENERAL MOTORS, LLC | |

ORDER

The Plaintiff having filed a *Notice of Voluntary* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i);[1]

**IT IS ORDERED** that the above-captioned and entitled action brought by Plaintiff, Forrest McConnell, against Defendant, General Motors, LLC, is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Signed in Baton Rouge, Louisiana, on October 24, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.